United States Court of Appeals
Fifth Circuit

**F I L E D**

August 18, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41246
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

NARCISCO PACO RIVERA-LAZARO,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-03-CR-119-1
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Narcisco Paco Rivera-Lazaro
(Rivera) has moved for leave to withdraw and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967).  Rivera
has not responded to counsel's motion.  Our independent review of
counsel's brief and supplemental brief and the record discloses
no nonfrivolous issue for appeal.  Counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further
responsibilities, and the appeal is DISMISSED.  See 5TH CIR.
R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.